## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KL INDUSTRIES, INC., | ) | Case No. 06-04882 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## MONTHLY STATEMENT OF DEBTOR'S COUNSEL FOR
## INTERIM COMPENSATION AND EXPENSES FOR
## THE PERIOD ENDING MAY 31, 2006

Steven B. Towbin and other professionals of the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis"), counsel for KL Industries, Inc. ("KL") herewith submit their Monthly Statement for the period ending May 31, 2006 pursuant to paragraph 2(a) of the "Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals" dated May 24, 2006 (the "Compensation Order").

1.      Shaw Gussis' retention as counsel for KL was approved by an order of this court dated May 24, 2006.

2.      On May 24, 2006 the court entered the Compensation Order that governs procedures for submitting Monthly Statements by professionals.

3.      Shaw Gussis' Statement of Services Rendered and Expenses Incurred and Recorded (the "Invoice") for the period of May 1, 2006 through May 31, 2006 (the "Relevant Period") is annexed hereto and incorporated herein by this reference.

4.      The expenses for which reimbursement is requested in this Monthly Statement are those customarily charged by Shaw Gussis to all of its clients.   The aggregate expense reimbursement reflected on the Invoice and sought by this Monthly Statement for the Relevant Period is $1,982.61.

{5592 STA A0132356.DOC}

5.      In aggregate, Shaw Gussis attorneys and paralegals rendered in excess of 170.70 hours of service for the benefit of KL in connection with the above-captioned chapter 11 cases during the Relevant Period.  All of the services reflected on the Invoice pertain to the above-captioned cases and were rendered at the request of KL in the exercise of its rights, powers and duties under 11 U.S.C. §§ 1107 and 1108.  At the customary hourly rates charged by Shaw Gussis attorneys and paralegals for such services, the aggregate amount due Shaw Gussis for the services rendered during the Relevant Period and reflected on the Invoice is $60,401.50.

6.      Unless any person receiving this Monthly Statement notifies Shaw Gussis of any objection within ten (10) days hereof pursuant to Paragraph 2(a) of the Compensation Order, KL shall promptly pay 80% of the requested compensation and 100% of the expenses set forth in this Monthly Statement.  Based on that formula, Shaw Gussis would be entitled to $48,321.20 in compensation, and $1,982.61 in expenses, for a total of $50,303.81 unless a timely objection is interposed.

7.      Shaw Gussis reserves the right to correct, amend or supplement the description and extent of the services rendered and the costs incurred during the Relevant Period as reflected on the Invoice until such time as interim or final compensation requests are heard and determined.

Shaw Gussis Fishman Glantz Wolfson
  & Towbin LLC

Dated:  June 14, 2006

By:    /s/ Steven B. Towbin
        Steven B. Towbin, Member
        Counsel to KL Industries, Inc.

Steven B. Towbin (#2848546)
Peter J. Roberts (#6239025)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
(312) 276-1333  telephone
(312) 275-0569  facsimile