# SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60610
(312) 541-0151

---

Invoice submitted to:
KL Industries Inc.
8600 W. Bryn Mawr Avenue
Suite 770N
Chicago IL 60631-3590
Attn: Jerry Capizzi and Greg L. Wilhite

Client Number: 5592

May 31, 2006
In Reference To:  Chapter 11
(SBT 5592 KL INDUSTRIES/CHP 11)

Invoice #605094

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **CASE ADMINISTRATION** | | | | |
| 5/3/2006 | MAH | Updated creditor contact information in BestCase; (.2) worked adding information to unfiled statements and schedules (.5). | 0.70<br>150.00/hr | 105.00 |
| | MAS | Draft first day motions including Application to retain Shaw Gussis as bankruptcy counsel, Application to retain RSM McGladrey as financial consultant, motion to adopt interim procedures for compensation of professionals and reimbursement of expenses; motion to extend time within which to file schedules and statements; motion to sell certain merchandise outside the ordinary course of business, motion to provide adequate assurance to utilities and compile schedule for the same | 6.00<br>280.00/hr | 1,680.00 |
| | SBT | Revise Rule 2014 Statement | 0.10<br>525.00/hr | 52.50 |
| | SBT | Review draft 2014 Statement | 0.30<br>525.00/hr | 157.50 |
| | SBT | Telephone conference with B. Wald, counsel for J. Capizzi, regarding 1:30 hearing and status of guaranty/participation documents | 0.20<br>525.00/hr | 105.00 |
| 5/4/2006 | PJR | Telephone conference with W. George of General Capital Partners regarding sale alternatives. | 0.20<br>400.00/hr | 80.00 |
| 5/5/2006 | PJR | Telephone conferences with M. Hirsh and S. Peltz regarding sale strategy going forward and related issues. | 0.50<br>400.00/hr | 200.00 |
| | PJR | Several telephone conferences with G. Wilhite regarding creditor/supplier issues, sale strategy going forward and preparations for MTL meeting. | 1.00<br>400.00/hr | 400.00 |

KL Industries Inc.                                                                                              Page     2

|            |     |                                                                                                                                                                                                                                                                                            | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/8/2006   | PJR | telephone conference with J. Applebaum (counsel for Borg Warner) regarding case and matters going forward                                                                                                                                                                                              | 0.30 400.00/hr  | 120.00 |
|            | PJR | telephone conference with Ford Phillips of Guiliani Capital regarding status of case (.2); telephone conference with B. Sabl of McGuire Woods on same (.2); telephone conference with D. Elman regarding case (.1)                                                                                      | 0.50 400.00/hr  | 200.00 |
|            | PJR | Prepare for and attend meeting of twenty largest creditors at US Trustee's Office (1.5); telephone conference with P. Young on same (.1); follow up telephone conference with S. Peltz on same (.2); follow up telephone conference with C. Gulden on same (.2); e-mail to client on same (.2).         | 2.20 400.00/hr  | 880.00 |
|            | PJR | telephone conference with J. Tompkins of Republic Financial regarding sale prospects for company                                                                                                                                                                                                       | 0.20 400.00/hr  | 80.00  |
| 5/9/2006   | PJR | Telephone conferences with S. Peltz and M. Hirsh to discuss sale strategy going forward (.3);                                                                                                                                                                                                          | 0.30 400.00/hr  | 120.00 |
|            | PJR | Telephone conference with D. Wirt regarding Committee issues (.2); follow up e-mail to D. Wirt on conflicts checks and confidentiality agreement (.2)                                                                                                                                                  | 0.40 400.00/hr  | 160.00 |
|            | PJR | Telephone conference with G. Wilhite regarding customer issues, vendor issues and related matters (.3); follow up conference call with G. Wilhite, S. Peltz, and M. Hirsh regarding same and sale strategy going forward (.5); follow up telephone conference with G. Wilhite and M. Levenda regarding payroll issues (.2). | 1.00 400.00/hr  | 400.00 |
|            | PJR | E-mail to G. Wilhite regarding UST OIRR and monthly operating reports.                                                                                                                                                                                                                                 | 0.20 400.00/hr  | 80.00  |
|            | PJR | E-mail to G. Wilhite on scheduled 341 meeting.                                                                                                                                                                                                                                                         | 0.10 400.00/hr  | 40.00  |
| 5/10/2006  | PJR | Telephone conference with A. Silver of Honigman (reps GM) regarding case and background (.3); e-mail to G. Wilhite on same (.1).                                                                                                                                                                       | 0.40 400.00/hr  | 160.00 |
|            | PJR | Telephone conferences with M. Hirsh regarding retention and Committee issues (.4); telephone conference with J. Applebaum (counsel for Borg Warner) regarding case status (.1); review e-mail from G. Wilhite on GM issues and telephone conference with G. Wilhite on same (.3)                        | 0.80 400.00/hr  | 320.00 |
|            | PJR | Telephone conference with P. Rimington of Diemasters regarding case and background.                                                                                                                                                                                                                    | 0.20 400.00/hr  | 80.00  |
| 5/11/2006  | PJR | Telephone conference with D. McGuire regarding retention applications and related issues.                                                                                                                                                                                                              | 0.20 400.00/hr  | 80.00  |
|            | PJR | Review e-mail from P. Rimington regarding Diemaster expression of interest and e-mail to S. Peltz and M. Hirsh on same.                                                                                                                                                                                | 0.20 400.00/hr  | 80.00  |

KL Industries Inc.                                                                                         Page    3

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount |
|------------|-----|----|---|---|
| 5/11/2006  | MAS | Call with M Levada regarding payment of postpetition invoices                                                                                                                                                                                                                                                                                                                                 | 0.30<br>280.00/hr | 84.00  |
| 5/12/2006  | PJR | Telephone conference with D. Kahn of Perfection Spring regarding interest in potential sales transaction (.2); review Kahn follow up e-mail and send same to S. Peltz (.1); telephone conference with G. Wilhite regarding case status and strategy going forward (.4); telephone conference with Liquidity Solutions representative regarding background of case (.2); two telephone conferences with S. Peltz regarding case status and strategic alternatives going foward (.3); e-mail to G. Wilhite on PACER (.1); telephone conference with Cathy of ONG Spring on case status (.2). | 1.50<br>400.00/hr | 600.00 |
|            | MAS | Revise, file and serve motion to extend deadline to file schedules and statements                                                                                                                                                                                                                                                                                                             | 1.20<br>280.00/hr | 336.00 |
| 5/15/2006  | SBT | Two (2) telephone conferences with F. Mack, potential financial professional for committee, regarding background                                                                                                                                                                                                                                                                              | 0.40<br>525.00/hr | 210.00 |
|            | SBT | Telephone conference with G. Wilhite regarding financing, sale, operations issues                                                                                                                                                                                                                                                                                                             | 0.30<br>525.00/hr | 157.50 |
|            | SBT | Telephone conference with committee counsel regarding case status                                                                                                                                                                                                                                                                                                                             | 0.30<br>525.00/hr | 157.50 |
|            | SBT | Confer with P. Roberts regarding first day motions                                                                                                                                                                                                                                                                                                                                            | 0.20<br>525.00/hr | 105.00 |
|            | SBT | Review GM email                                                                                                                                                                                                                                                                                                                                                                               | 0.20<br>525.00/hr | 105.00 |
|            | SBT | Telephone conference with J. Capizzi's office regarding lease for Bryn Mawr Avenue premises                                                                                                                                                                                                                                                                                                   | 0.10<br>525.00/hr | 52.50  |
| 5/16/2006  | SBT | Lengthy telephone conference with G. Wilhite regarding various administrative and other matters                                                                                                                                                                                                                                                                                               | 0.50<br>525.00/hr | 262.50 |
|            | SBT | Telephone conference with S. Jaworski of PBGC regarding case background and status                                                                                                                                                                                                                                                                                                            | 0.30<br>525.00/hr | 157.50 |
|            | SBT | Additional telephone conference with G. Wilhite regarding sale of excess inventory, health care plan issues, PBGC and compliance with budget                                                                                                                                                                                                                                                  | 0.30<br>525.00/hr | 157.50 |
|            | SBT | Telephone conference with B. Wald regarding J. Capizzi issues on expenses and compensation                                                                                                                                                                                                                                                                                                    | 0.20<br>525.00/hr | 105.00 |
|            | SBT | Telephone conference with J. Capizzi regarding status on case                                                                                                                                                                                                                                                                                                                                 | 0.20<br>525.00/hr | 105.00 |
|            | SBT | Telephone conference with S. Peltz regarding status on sale of assets and financials                                                                                                                                                                                                                                                                                                          | 0.20<br>525.00/hr | 105.00 |

KL Industries Inc.                                                                                    Page    4

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | Hrs/Rate        | Amount   |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 5/16/2006    | SBT | Confer with P. Roberts regarding additional first day motions                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 0.30 525.00/hr  | 157.50   |
|              | SBT | Telephone conference with client regarding GM issues                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 0.30 525.00/hr  | 157.50   |
|              | SBT | Additional telephone conference with G. Wilhite regarding GM contract, retiree health benefits and pension plan issue                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.20 525.00/hr  | 105.00   |
|              | MAS | Conference with P Roberts regarding first day motions and revisions to the same (.4); revise first day motions including motion establishing compensation procedures (.4); revise motion for authority to reject lease at 3323 Addison (.3); revise motion for authority to employ Shaw Gussis (.4); revise motion for authority to sell merchandise outside ordinary course of business (.4)                                                                                                                                                                                                                                                                | 1.90 280.00/hr  | 532.00   |
|              | PJR | Review and edit first day motions and orders, including professional compensation procedures, Addison lease rejection motion, retention motions, and utility motion and related e-mails to G. Wilhite and McGladrey on same.                                                                                                                                                                                                                                                                                                                                                                                                                                 | 2.30 400.00/hr  | 920.00   |
|              | PJR | Telephone conference with M. Hirsh regarding Company's available financial information.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | 0.10 400.00/hr  | 40.00    |
| 5/17/2006    | SBT | Telephone conference with counsel for GM regarding repricing issue                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.30 525.00/hr  | 157.50   |
|              | SBT | Review timeline and budget for sale process                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.20 525.00/hr  | 105.00   |
|              | SBT | Telephone conference with counsel for J. Capizzi regarding expense reimbursement                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.20 525.00/hr  | 105.00   |
|              | SBT | Telephone conference with M. Hirsh and telephone conference with J. Capizzi regarding sale budget and other issues (2x .3)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.60 525.00/hr  | 315.00   |
|              | SBT | Review and revise GM pricing letter                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 0.50 525.00/hr  | 262.50   |
|              | MAS | Prepare for and attend hearing on motion to time to file schedules and statements (1.0); call with A Dumbrow regarding retention and draft application to retain Laner Muchin (.3); Revise, file and serve Debtor's Motion For Authority To Reject Unexpired Lease For Nonresidential Real Property At 8600 W. Bryn Mawr Avenue; Debtor's Motion For Authority To Reject Unexpired Lease For Nonresidential Real Property At 3323 W. Addison; Debtor's Application For Authority To Employ Shaw Gussis As Bankruptcy Counsel And For Approval Of Compensation Arrangement Related Thereto; Debtor's Motion For Authority To Sell Certain Non-Current Merchandise Outside Of The Ordinary Course Of Business; Debtor's Motion For An Administrative Order Pursuant To 11 U.S.C. §§ 105(A) And 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals; Debtor's Application For | 6.10 280.00/hr  | 1,708.00 |

KL Industries Inc.

Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Authority To Employ Laner, Muchin, Dumbrow, Becker, Levin And Tominberg, Ltd. As Special Labor Counsel And For Approval Of Compensation Arrangement Related Thereto; Debtor's Application For Authority To Employ RSM McGladrey As Financial Advisor And For Approval Of Compensation Arrangement Related Thereto; and Debtor's Motion For Entry Of An Order (1) Determining That Utilities Are Adequately Assured Of Future Payment And (2) Prohibiting Utilities From Altering, Refusing Or Discontinuing Services (4.8) |  |  |
| 5/17/2006 | PJR | Telephone conference with C. Gulden of UST Office on motion to extend time to file schedules. | 0.10 400.00/hr | 40.00 |
|  | PJR | Further work on and edits to first day papers, including Laner Dombrow retention papers, utilities motion, etc. (1.3); e-mails to J. Sieger, D. Wirt, D. McGuire on same (.2); review spreadsheet and related e-mail from M. Hirsh on anticipated sales timeline (.2); telephone conference with and follow up e-mail to J. Applebaum (Borg Warner) on case status (.2). | 1.90 400.00/hr | 760.00 |
|  | SBT | Telephone conference with G. Wilhite regarding reclamation claims, expenses for J. Capizzi and GM matter | 0.30 525.00/hr | 157.50 |
|  | SBT | Telephone conference with G. Wilhite regarding GM issues; review client emails regarding same | 0.40 525.00/hr | 210.00 |
|  | SBT | Telephone conference with S. Peltz regarding sale issues | 0.20 525.00/hr | 105.00 |
|  | SBT | Telephone conference with G. Wilhite regarding sale issues, GM issues, Chem-Plate issues | 0.50 525.00/hr | 262.50 |
| 5/18/2006 | SBT | Telephone conference with client regarding sale issues conference call; Chem-Plate and Metal Art | 0.20 525.00/hr | 105.00 |
|  | PJR | Review re-notice of first day motions and confer with M. Swanson on same (.2); several telephone conference with M. Hirsh on first day motions and sale issues (.4). | 0.60 400.00/hr | 240.00 |
|  | SBT | Telephone conference with committee counsel regarding GM and sale issues | 0.20 525.00/hr | 105.00 |
|  | SBT | Telephone conference with G. Wilhite and B. Wald regarding GM issues | 0.30 525.00/hr | 157.50 |
|  | MAS | Call with courtroom deputy regarding amending notice of motions and draft, file and serve the same | 0.50 280.00/hr | 140.00 |
| 5/19/2006 | SBT | Telephone conference with G. Wilhite regarding insurance and GM issues (.2); telephone conference with counsel for GM regarding price increase issue (.3) | 0.50 525.00/hr | 262.50 |

KL Industries Inc.                                                                                           Page    6

|            |     |                                                                                                                                                                                               | Hrs/Rate          | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/19/2006  | SBT | Conference call with S. Peltz, M. Hirsh, G. Wilhite and J. Capizzi regarding GM and sale issues                                                                                                                 | 0.80 525.00/hr    | 420.00 |
|            | SBT | Additional telephone conference with counsel for GM regarding price increase agreement                                                                                                                          | 0.30 525.00/hr    | 157.50 |
|            | SBT | Review GM agreements; voicemail for client regarding same and confer with P. Roberts regarding same                                                                                                             | 0.90 525.00/hr    | 472.50 |
|            | SBT | Telephone conference with Chem-Plate regarding price increase issue                                                                                                                                             | 0.20 525.00/hr    | 105.00 |
|            | SBT | Telephone conference with counsel for GM regarding changes and telephone conference for Committee regarding same (2x .2)                                                                                        | 0.40 525.00/hr    | 210.00 |
|            | SBT | Two (2) telephone conferences with G. Wilhite regarding GM agreement and regarding effect on cash flow and valuation of business                                                                                | 0.40 525.00/hr    | 210.00 |
|            | PJR | Telephone conference with A. Silver of Honigman (GM attorney) regarding case status and GM issues (.2); review draft GM letter agreement on continuation of supply and confer with S. Towbin on same (.3)       | 0.50 400.00/hr    | 200.00 |
|            | SBT | Review BBK information list (for GM)                                                                                                                                                                            | 0.30 525.00/hr    | 157.50 |
|            | SBT | Telephone conference with Lincoln (Gary Walther) regarding purchase of business                                                                                                                                 | 0.20 525.00/hr    | 105.00 |
|            | SBT | Telephone conference with counsel for J. Capizzi regarding sale issue                                                                                                                                           | 0.20 525.00/hr    | 105.00 |
|            | SBT | Review committee motion to employ counsel                                                                                                                                                                       | 0.30 525.00/hr    | 157.50 |
| 5/22/2006  | SBT | Telephone conference with PBGC regarding status of case and final DIP financing                                                                                                                                 | 0.30 525.00/hr    | 157.50 |
|            | SBT | Email exchange with client regarding GM payment terms                                                                                                                                                           | 0.10 525.00/hr    | 52.50  |
|            | SBT | Telephone conference with G. Wilhite regarding 5/24/06 hearing, Motorola issues, sale vs. reorganization issues, budget issues                                                                                  | 0.40 525.00/hr    | 210.00 |
|            | SBT | Review email from B. Wald regarding GM payment terms and reply                                                                                                                                                  | 0.10 525.00/hr    | 52.50  |
|            | SBT | Telephone conference with M. Hirsh regarding status of new budget for sale                                                                                                                                      | 0.10 525.00/hr    | 52.50  |

KL Industries Inc.

Page    7

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/22/2006 | SBT | Review and transmit 2 new reclamation demands | 0.40 525.00/hr | 210.00 |
| 5/23/2006 | SBT | Telephone conference with G. Wilhite regarding sale issues | 0.20 525.00/hr | 105.00 |
|  | PJR | Telephone conference with G. Wilhite regarding Motorola matters and related issues. | 0.20 400.00/hr | 80.00 |
|  | SBT | Review and reply to B. Wald's email regarding Motorola issues | 0.10 525.00/hr | 52.50 |
| 5/24/2006 | SBT | Telephone conference with counsel for GM regarding payment issues | 0.30 525.00/hr | 157.50 |
|  | SBT | Telephone conference with M. Hirsh, G. Wilhite and Silver (counsel for GM) regarding payment issues and regarding BBK access to premises for due diligence | 0.90 525.00/hr | 472.50 |
|  | PJR | Prepare for and attend hearing on first day motions (retention applications, utility procedures, lease rejections, final DIP hearing, etc.). | 1.90 400.00/hr | 760.00 |
|  | PJR | Conference call with G. Wilhite and M. Hirsh on GM issues and BBK information demands. | 0.20 400.00/hr | 80.00 |
|  | MAS | Prepare for and attend hearing on first-day motions including retention applications, financing motion, lease rejection motions and sale motion (1.8); confer with G Wilhite regarding Schedules and Statements and email RSM re the same (1.0) | 2.80 280.00/hr | 784.00 |
|  | SBT | Review budget and cash flow from M. Hirsh | 0.50 525.00/hr | 262.50 |
|  | SBT | Confer with P. Roberts and M. Swanson regarding reclamation claims | 0.20 525.00/hr | 105.00 |
| 5/25/2006 | SBT | Meeting at Laner Muchin with T. Dombrow and J. Carren regarding PBGC and union issues, case strategy and sale issues | 2.30 525.00/hr | 1,207.50 |
|  | MAS | Confer with G Wilhite regading Schedules and Statements and revise the same accordingly | 0.50 280.00/hr | 140.00 |
|  | SBT | Telephone conference with S. Peltz regarding strategy with union negotiations and sale | 0.20 525.00/hr | 105.00 |
|  | SBT | Email to LaSalle counsel regarding bank debits for fees | 0.10 525.00/hr | 52.50 |
|  | SBT | Email to GM regarding wire transfer payment due today | 0.10 525.00/hr | 52.50 |

KL Industries Inc.

Page 8

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2006 | SBT | Telephone conference with G. Wilhite regarding various issues (GM payment, union issues, bank debits for fees, payments to insiders question on SOFA and other matters) | 0.40 525.00/hr | 210.00 |
| 5/26/2006 | SBT | Telephone conference with counsel for GM regarding longer term strategy and new contract | 0.40 525.00/hr | 210.00 |
| | SBT | Email exchange with GM counsel regarding payment | 0.10 525.00/hr | 52.50 |
| | PJR | Telephone conference with A. Silver (GM attorney) on GM business arrangements going forward (.3); telephone conference with G. Wilhite on same (.2).. | 0.50 400.00/hr | 200.00 |
| 5/28/2006 | SBT | Review and reply to client email regarding plan issues and regarding response to question regarding SOFA for insider transfers | 0.40 525.00/hr | 210.00 |
| 5/30/2006 | SBT | Telephone conference with G. Wilhite regarding GM, sale and budget issues | 0.30 525.00/hr | 157.50 |
| | SBT | Conference call with GM counsel regarding long term agreement | 0.40 525.00/hr | 210.00 |
| | SBT | Meeting with bank and committee counsel at Winston regarding status of potential plan | 1.50 525.00/hr | 787.50 |
| | PJR | Telephone conferences and e-mail exchanges with A. Silver regarding GM negotiations and related issues | 0.40 400.00/hr | 160.00 |
| | PJR | Several telephone conferences with M. Hirsh and S. Peltz regarding sales efforts and related issues (.4); follow up e-mail to M. Hirsh on same (.1); prepare for and attend meeting at W&S with J. Sieger, D. Wirt, M. Cohn, S. Peltz, and M. Hirsh regarding status of case and anticipated course of action (1.8). | 2.30 400.00/hr | 920.00 |
| | SBT | Telephone conference with client regarding GM and plan issues | 0.30 525.00/hr | 157.50 |
| | MAS | Review 90 day payment information in connection with SOFA and confer with M Herman re the same | 0.20 280.00/hr | 56.00 |
| | SBT | Review revised answer to insider question on SOFA and email (.2); prepare email to G. Wilhite regarding payment of Capizzi loans (.1) | 0.30 525.00/hr | 157.50 |
| 5/31/2006 | SBT | Review GM term sheet; transmit to client/lender/committee | 0.90 525.00/hr | 472.50 |
| | PJR | Review proposed GM term sheet on business going forward and exchange e-mails with A. Silver on same. | 0.30 400.00/hr | 120.00 |

KL Industries Inc.

Page 9

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2006 | PJR | Exchange e-mails with M. Cohn on lien searches. | 0.10<br>400.00/hr | 40.00 |
| | SBT | Telephone conference with G. Wilhite regarding loan payments to J. Capizzi and GM term sheet/call | 0.20<br>525.00/hr | 105.00 |
| | SBT | Telephone conference with P. Young regarding meeting with bank and GM deal | 0.20<br>525.00/hr | 105.00 |
| | SBT | Two (2) lengthy telephone conferences with client regarding GM; telephone conference with counsel for GM; confer with M. Radtke regarding new term sheet for GM; voicemail for G. Stengler regarding meeting on GM issues | 1.80<br>525.00/hr | 945.00 |
| | SBT | Telephone conference with J. Capizzi regarding budget and sale issues | 0.30<br>525.00/hr | 157.50 |
| | SBT | Conference call with B. Wald and J. Capizzi regarding sale process and meeting with bank | 0.60<br>525.00/hr | 315.00 |
| | SBT | Additional telephone conference with J. Capizzi regarding sale issues and bank meeting (.2); two telephone conferences with Conway McKenzie regarding sale of company (Mack and Capital Markets Group) (.6); telephone conference with M. Hirsh regarding sale issues (.2) | 1.00<br>525.00/hr | 525.00 |
| | SBT | Telephone conference with J. Sieger and P. Young regarding GM and sale process (.3); telephone conference with K. Cleary regarding sale process (.4); telephone conference with S. Peltz regarding GM and sale process (.3) | 1.00<br>525.00/hr | 525.00 |
| | SBT | Telephone conference with G. Walther regarding fee structure for investment banking | 0.20<br>525.00/hr | 105.00 |
| | SBT | Additional telephone conference with J. Capizzi regarding sale issues and investment bankers | 0.30<br>525.00/hr | 157.50 |
| | SBT | Telephone conference with S. Peltz regarding sale process issues | 0.20<br>525.00/hr | 105.00 |
| | SBT | Lengthy telephone conference with G. Wilhite regarding sale issues and meeting with bank, accounting and financial statements, alternatives to sale (stand alone plan) | 0.50<br>525.00/hr | 262.50 |
| | MAS | Follow up with G Wilhite regarding Schedules and Statements (.2); Respond to inquiry from John Hancock regarding insurance policy (.2); exchange emails with KL regarding employee priority wage claims (.2) | 0.60<br>280.00/hr | 168.00 |
| | PJR | Telephone conference with M. Hirsh regarding sales prospects and related issues. | 0.20<br>400.00/hr | 80.00 |

KL Industries Inc.

Page 10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2006 MLR | Review GM term sheet (.3). Discussions with S. Towbin re: same and case status (.4). Telephone conferences with clients (1.0) and counsel for GM (.3) re: same. Begin revising GM term sheet (.8). | | 2.80<br>275.00/hr | 770.00 |
| | SUBTOTAL: | | [ 76.00 | 31,288.00] |

### CASH COLLATERAL/DIP FINANCING

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2006 PJR | Telephone conference with and e-mail to T. Devine regarding revised financing order (.3); exchange e-mails with J. Sieger and P. Young on financing matters (.3); review revised budget and circulate to J. Sieger and C. Gulden (.3); prepare for emergency hearing on financing and payroll (1.1); meeting with G. Wilhite and S. Towbin in connection with emergency hearing and related matters (1.8); attend and participate in emergency hearing on financing and payroll motions (2.0); follow up meeting with G. Wilhite on same (.3); follow up telephone conferences and e-mails with G. Wilhite and J. Sieger related to same (.3) | | 6.40<br>400.00/hr | 2,560.00 |
| SBT | Prepare for and attend hearing on financing and meeting with client | | 4.00<br>525.00/hr | 2,100.00 |
| 5/4/2006 PJR | exchange e-mails with J. Sieger on final form of financing order (.2); follow up e-mails to and telephone conferences with G. Wilhite on same and budget issues (.4) | | 0.60<br>400.00/hr | 240.00 |
| SBT | Telephone conference with M. Hirsh regarding new budget, subsequent telephone conference with S. Peltz and M. Hirsh regarding same and regarding GM collections issue | | 0.40<br>525.00/hr | 210.00 |
| 5/5/2006 PJR | Edits to notice of final hearing on DIP financing and coordinating filing and service of same (.8); review final form of financing order (.2); telephone conference and exchange of e-mails with LaSalle's counsel on same and related financing issues (.4). | | 1.40<br>400.00/hr | 560.00 |
| 5/9/2006 PJR | Several telephone conferences with M. Hirsh regarding budget and related issues. | | 0.40<br>400.00/hr | 160.00 |
| 5/10/2006 PJR | Review draft of Ninth Amendment to LaSalle loan agreement and exchange e-mails with P. Young on same. | | 0.50<br>400.00/hr | 200.00 |
| 5/11/2006 PJR | Telephone conference with P. Young on 9th amendment to loan agreement (.2); telephone conference with J. Rose on same (.1); telephone conference with D. Lagenski on same (.2); review e-mails relating to same and review related agreements (.3). | | 0.80<br>400.00/hr | 320.00 |
| 5/12/2006 PJR | Exchange e-mails with P. Young on variance restrictions in DIP budget (.2); follow up telephone conference with M. Hirsh on same (.2); review e-mails on documentation issues and telephone conferences with G. Wilhite, D. Ladgenski, and M. Hirsh regarding same (.8). | | 1.20<br>400.00/hr | 480.00 |

KL Industries Inc.  Page   11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2006 | SBT | Email exchange with LaSalle regarding loan documents | 0.10 525.00/hr | 52.50 |
|  | SBT | Telephone conference with J. Sieger, counsel for LaSalle, regarding sale/financing issues | 0.20 525.00/hr | 105.00 |
| 5/16/2006 | PJR | Letter to D. Wirt on LaSalle loan documents. | 0.10 400.00/hr | 40.00 |
| 5/18/2006 | PJR | Exchange e-mails with M. Cohn of Winston on lien search and related information. | 0.20 400.00/hr | 80.00 |
| 5/19/2006 | PJR | Edit DIP Order language with respect to acceptable variances and exchange e-mails with P. Young on same. | 0.40 400.00/hr | 160.00 |
|  | SBT | Telephone conference with Committee counsel regarding DIP financing | 0.20 525.00/hr | 105.00 |
|  | SBT | Telephone conference with bank counsel regarding DIP financing and GM issues | 0.20 525.00/hr | 105.00 |
|  | SBT | Telephone conference with J. Sieger regarding GM deal and DIP financing hearing | 0.20 525.00/hr | 105.00 |
| 5/22/2006 | PJR | Several telephone conference with T. Augsburger (Motorola attorney) regarding final DIP order and Motorola machinery issues (.3); review e-mail on same (.1). | 0.40 400.00/hr | 160.00 |
|  | PJR | Telephone conference with J. Sieger on final DIP hearing (.1); e-mails to PBGC attorney on same and relevant loan documents and orders (.3). | 0.40 400.00/hr | 160.00 |
|  | SBT | Telephone conference with counsel for LaSalle regarding final DIP financing terms | 0.30 525.00/hr | 157.50 |
| 5/23/2006 | PJR | Several telephone conference with M. Hirsh regarding DIP budget and related issues (.3); telephone conference with P. Young on same (.2); review revisions to final financing order (.4); review Motorola objection to financing order (.2); exchange and review several e-mails on same (.4); telephone conference with Augspurger on same (.2); telephone conference with D. McGuire on same (.2). | 1.90 400.00/hr | 760.00 |
|  | SBT | Confer with P. Roberts regarding Motorola issues with financing order and review several emails regarding same from committee counsel and Motorola counsel | 0.80 525.00/hr | 420.00 |
|  | SBT | Review budget to actual analysis and telephone conference with M. Hirsh regarding new budget for final order on DIP financing | 0.50 525.00/hr | 262.50 |
| 5/24/2006 | SBT | Telephone conference with G. Wilhite regarding budget issues | 0.20 525.00/hr | 105.00 |

KL Industries Inc.                                                                                                Page    12

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2006 | SBT | Telephone conference with B. Wald regarding revised budget and hearing on DIP financing | 0.10 525.00/hr | 52.50 |
| | SBT | Confer with P. Roberts and telephone conference with LaSalle counsel regarding budget and DIP financing order issues | 0.40 525.00/hr | 210.00 |
| | PJR | Exchange e-mails with J. Ginsburg of PBGC. | 0.20 400.00/hr | 80.00 |
| | PJR | Several telephone conferences with P. Young regarding final DIP order and budget and related issues (.4); telephone conference with M. Hirsh on same (.2); telephone conference with D. McGuire on same (.1); review revised budget and meeting with G. Wilhite on same (.4); follow up telephone conferences with M. Hirsh on same (.2) | 1.30 400.00/hr | 520.00 |
| 5/30/2006 | PJR | Prepare for and attend continued hearing on DIP Order. | 0.90 400.00/hr | 360.00 |
| | SBT | Lengthy telephone conference with J. Sieger regarding financing, plan and sale issues | 0.70 525.00/hr | 367.50 |
| | SBT | Two (2) telephone conferences with D. Wirt regarding financing motion hearing and regarding status with GM and sale/plan options | 0.40 525.00/hr | 210.00 |
| | | SUBTOTAL: | [   25.80 | 11,407.50] |

### CREDITORS AND CLAIMS

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2006 | PJR | Telephone conference with G. Wilhite on vendor issues. | 0.10 400.00/hr | 40.00 |
| 5/4/2006 | AES | Update lien search results | 1.60 275.00/hr | 440.00 |
| | PJR | Telephone conference with B. Monczynski (office equipment rep) regarding chapter 11 filing and related issues (.2); follow up e-mail to Monczynski on same (.1); telephone conference with and follow up e-mail to D. Brown of United Mercantile regarding chapter 11 filing (.2) | 0.50 400.00/hr | 200.00 |
| | PJR | Telephone conference with G. Wilhite regarding immediate customer/vendor issues in wake of ch. 11 filing (.2); brief research on artisans liens in Illinois (.3). | 0.50 400.00/hr | 200.00 |
| | SBT | Telephone conference with Gibbs Wire, one of 20 largest creditors, regarding status | 0.30 525.00/hr | 157.50 |
| | SBT | Telephone conference with counsel for Gibbs Wire regarding reclamation claim | 0.30 525.00/hr | 157.50 |

KL Industries Inc.                                                                                          Page    13

|              |     |                                                                                                                                                                                           | Hrs/Rate         | Amount |
|--------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 5/5/2006     | PJR | Review correspondence from Dynamex attorney regarding request for critical vendor status (.1); review order denying Orlowski motion to enforce judgment (.1).                                               | 0.20 400.00/hr   | 80.00  |
| 5/8/2006     | PJR | Telephone conference with J. Petz of Metals USA regarding bankruptcy filing and critical vendor doctrine (.3); telephone conference with E. Goldstein for Gibbs Wire regarding case and DIP financing (.2). | 0.50 400.00/hr   | 200.00 |
|              | PJR | Review Gibbs Wire & Steel reclamation demand and related documents.                                                                                                                                         | 0.30 400.00/hr   | 120.00 |
|              | PJR | Review Chemplate materials and telephone conference with G. Wilhite on same.                                                                                                                                | 0.30 400.00/hr   | 120.00 |
| 5/9/2006     | PJR | Review Chem-Plate materials overcharging and draft letter to Roemich on same.                                                                                                                               | 0.30 400.00/hr   | 120.00 |
|              | PJR | Telephone conference with Julio from Innovations (creditor) regarding status of case and DIP financing (.2); follow up e-mail on same (.2)                                                                  | 0.40 400.00/hr   | 160.00 |
|              | PJR | Telephone conference with N. Orleans regarding critical vendor request for Dynamex.                                                                                                                         | 0.20 400.00/hr   | 80.00  |
| 5/10/2006    | PJR | Edits to Roemich letter on Chem-Plate's improper pricing.                                                                                                                                                   | 0.20 400.00/hr   | 80.00  |
| 5/12/2006    | PJR | Review correspondence from GMAC on insurance issue and e-mail to G. Wilhite on same.                                                                                                                        | 0.20 400.00/hr   | 80.00  |
| 5/15/2006    | SBT | Telephone conference with Chem-Plate regarding goods in possession                                                                                                                                          | 0.20 525.00/hr   | 105.00 |
| 5/16/2006    | SBT | Review three reclamation demand claims and confer with P. Roberts regarding need for process                                                                                                                | 0.50 525.00/hr   | 262.50 |
|              | PJR | Telephone conference with Nancy of Elite Design on case status (.1); follow up e-mail to her on POC procedures, etc. (.1).                                                                                  | 0.20 400.00/hr   | 80.00  |
| 5/17/2006    | PJR | Review reclamation demand of Metals USA.                                                                                                                                                                    | 0.20 400.00/hr   | 80.00  |
|              | PJR | Telephone conference with Brown & Sharpe representative on case status.                                                                                                                                     | 0.10 400.00/hr   | 40.00  |
| 5/18/2006    | SBT | Telephone conference with client regarding Metal Art claim issue                                                                                                                                            | 0.20 525.00/hr   | 105.00 |
| 5/19/2006    | PJR | Telephone conference with Lou from Perfection Plating regarding status of case and POC issues.                                                                                                              | 0.20 400.00/hr   | 80.00  |

KL Industries Inc.                                                                                         Page    14

|            |     |                                                                                                                                                                                                                                 | Hrs/Rate          | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 5/19/2006  | PJR | Review purported termination of contract by Material Handling Services (.1); draft and edit response and 362 demand letter to MHS (.4); follow up telephone conference with K. Miller of MHS on same (.2).                                       | 0.70<br>400.00/hr | 280.00     |
| 5/23/2006  | MAS | Call with Mindy Cohn regarding KL and information requested by Committee and follow up with G Wilhite re the same                                                                                                                                 | 0.30<br>280.00/hr | 84.00      |
|            | PJR | Telephone conference with E. Goldstein (Gibbs attorney) on reclamation issues.                                                                                                                                                                    | 0.20<br>400.00/hr | 80.00      |
| 5/25/2006  | MAS | Revise and distribute letters to KL utility companies and call with G Wilhite re the same                                                                                                                                                         | 1.00<br>280.00/hr | 280.00     |
|            | MAS | Draft procedures to determine potentail rights of vendors asserting reclamation claims in Debtor's case and confer with P Roberts and S Towbin re the same                                                                                        | 2.20<br>280.00/hr | 616.00     |
| 5/30/2006  | PJR | Review e-mail from J. Applebaum on BorgWarner and exchange e-mails with G. Wilhite on same.                                                                                                                                                       | 0.20<br>400.00/hr | 80.00      |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                         | [    12.10        | 4,407.50]  |

### EMPLOYEE ISSUES

|            |     |                                                                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/3/2006   | SBT | Meeting with client and call with claims administrator (.8) regarding ongoing health care claims and confer with P. Roberts and J. Alwin regarding same                                                                                                                                          | 1.00<br>525.00/hr | 525.00 |
|            | PJR | lengthy conference call with R. Walter, G. Wilhite and S. Towbin regarding administrative service agreement on employee health plan with PBA, Inc. and continuation of services on a postpetition basis (.9); review applicable agreement (.2)                                                   | 1.10<br>400.00/hr | 440.00 |
|            | JAA | Confer with S. Towbin and P. Roberts concerning employee benefits claims and coverage                                                                                                                                                                                                             | 0.20<br>250.00/hr | 50.00  |
| 5/4/2006   | PJR | draft and edit letter to R. Walter of PBA regarding continuation of employee benefit plans and related issues (.6); exchange e-mails with R. Wilhite on same (.2)                                                                                                                                 | 0.60<br>400.00/hr | 240.00 |
| 5/5/2006   | JAA | Telephone conference with G. Wilhite concerning health insurance (.2) and confer with P. Roberts concerning same (.2)                                                                                                                                                                             | 0.40<br>250.00/hr | 100.00 |
| 5/8/2006   | PJR | telephone conference with N. Hurley (insurance broker) regarding efforts to find new health plan                                                                                                                                                                                                  | 0.20<br>400.00/hr | 80.00  |
|            | PJR | telephone conference with E. Snyder (former employee) regarding vacation pay issue (.2); follow up e-mail to Snyder on same (.2)                                                                                                                                                                  | 0.40<br>400.00/hr | 160.00 |

KL Industries Inc.

Page 15

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2006 | JAA | Telephone conference with R. Prosser concerning claims and coverage (.4); telephone conference with R. Walter concerning claims and coverage issues (1.2); confer with P. Roberts and vm to P. Padavic concerning same (.1) | 1.70 250.00/hr | 425.00 |
| 5/9/2006 | PJR | Review pending employee benefit issues, funding limitations, and recent DrugCard correspondence, and confer with J. Alwin on addressing same. | 0.30 400.00/hr | 120.00 |
| | JAA | Telephone conference and exchange email with R. Walter concerning insurance coverage and claims submissions (.6); respond to inquiries and requests of medical providers (.3) | 0.90 250.00/hr | 225.00 |
| 5/10/2006 | JAA | Telephone conference with C. Blazczyk concerning DrugCard (.2); respond to multiple inquiries and requests of medical providers (.5) | 0.70 250.00/hr | 175.00 |
| 5/11/2006 | JAA | Respond to multiple inquiries and requests of medical providers (.3); telephone conference with R. Bova of DrugCard (.3); telephone conference and exchange email with J. Costello, counsel to DrugCard (.8); confer with P. Roberts (.2) and G. Wilhite (.3) concerning same | 1.90 250.00/hr | 475.00 |
| 5/12/2006 | JAA | Respond to multiple inquiries of medical providers and employees (.3); draft letter to Social Security Administration concerning employee inquiry (.3); telephone conference with P. Padavic concerning same (.2); telephone conference and exchange email with J. Costello concerning DrugCard agreement (.5); draft letter agreement with DrugCard (.7); confer with P. Roberts concerning same (.5); telephone conference with M. Hirsch concerning budget for employee benefits (.1) | 2.60 250.00/hr | 650.00 |
| | PJR | Telephone calls with G. Wilhite regarding DrugCard dispute and resolution of same (.3); draft termination language for DrugCard letter agreement and confer with J. Alwin on same (.4); edit draft letter agreement and review related e-mails on same (.4); telephone conference with Gary Wilhite on same (.1). | 1.20 400.00/hr | 480.00 |
| 5/15/2006 | SBT | Review original and revised agreement regarding drug card for employees | 0.30 525.00/hr | 157.50 |
| | JAA | Telephone conference and exchange email with J. Costello concerning DrugCard (.5); revise letter agreement with DrugCard (.4) and confer with S. Towbin concerning same (.1); telephone conference with G. Wilhite concerning DrugCard and insurance premiums (.1); telephone conference and exchange email with E. Palollel concerning PBA insurance premiums (.4) | 1.50 250.00/hr | 375.00 |
| | PJR | Review revised DrugCard letter agreement and related e-mails. | 0.10 400.00/hr | 40.00 |
| 5/16/2006 | JAA | Telephone conference and exchange email with J. Costello (.5) and G. Wilhite (.2) concerning DrugCard; respond to inquiries of medical providers and employees concerning coverage issues (.7) | 1.40 250.00/hr | 350.00 |

KL Industries Inc.                                                                                          Page    16

|            |     |                                                                                                                                                                                                                                                               | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 5/16/2006  | SBT | Telephone conference with Dave Jury, counsel for USW, regarding labor and healthcare issues, retiree benefits                                                                                                                                                 | 0.30 525.00/hr    | 157.50 |
|            | SBT | Review Section 1114 regarding retiree health benefits                                                                                                                                                                                                         | 0.20 525.00/hr    | 105.00 |
|            | SBT | Confer with P. Roberts regarding Section 1114 motion for relief on interim basis                                                                                                                                                                              | 0.20 525.00/hr    | 105.00 |
|            | SBT | Telephone conference with client regarding retiree benefit issue                                                                                                                                                                                              | 0.20 525.00/hr    | 105.00 |
|            | PJR | Review e-mails on DrugCard reinstatement and revised letter agreement on same and confer with J. Alwin on same.                                                                                                                                               | 0.30 400.00/hr    | 120.00 |
| 5/17/2006  | JAA | Telephone conferences and exchange emails with P. Padavic (.3), J. Costello (.5), and R. Walter (.5) concerning DrugCard; telephone conference and exchange email with J. Fahey of Pacific Life concerning stop loss coverage (.7); prepare memo to file concerning stop loss and short-term disability coverage (.4) | 2.40 250.00/hr    | 600.00 |
|            | SBT | Review and reply to D. Jay email regarding Steelworkers Union issues (healthcare and retiree payments)                                                                                                                                                        | 0.20 525.00/hr    | 105.00 |
| 5/19/2006  | SBT | Review email regarding insurance issues and confer with J. Alwin regarding same (health insurance reimbursement policy)                                                                                                                                       | 0.30 525.00/hr    | 157.50 |
|            | JAA | Telephone conferences and exchange email with P. Padavic (.3) and R. Walter (.4) concerning funding requests and stop loss coverage; review stop loss agreement with Pacific Life (.4)                                                                        | 1.10 250.00/hr    | 275.00 |
| 5/22/2006  | JAA | Review and exchange email with P. Padavic, R. Walter, J. Costello, and P. Young concerning DrugCard issues (.5); respond to inquiries of medical providers concerning coverage (.2)                                                                           | 0.70 250.00/hr    | 175.00 |
|            | SBT | Review PBGC demand for information and prepare email to labor and pension counsel regarding same                                                                                                                                                              | 0.30 525.00/hr    | 157.50 |
|            | SBT | Review certain material on PBGC claims in chapter 11 and termination of plans (.5); telephone conference with T. Dombrow regarding same (.2)                                                                                                                  | 0.70 525.00/hr    | 367.50 |
| 5/23/2006  | JAA | Review and exchange email with P. Padavic and J. Costello concerning DrugCard and employee claim                                                                                                                                                              | 0.20 250.00/hr    | 50.00  |
| 5/24/2006  | JAA | Respond to inquiries of medical providers and employees                                                                                                                                                                                                       | 0.20 250.00/hr    | 50.00  |
| 5/25/2006  | JAA | Respond to inquiries of medical providers and employees (.5); review and exchange email with PBA Claims concerning stop loss coverage and claims (.9)                                                                                                         | 1.40 250.00/hr    | 350.00 |

KL Industries Inc.                                                                                    Page    17

|            |     |                                                                                                                                                                                                                                                                            | Hrs/Rate          | Amount    |
|------------|-----|--------|--------|--------|
| 5/26/2006  | JAA | Review and exchange email with PBA Claims concerning stop loss coverage                                                                                                                                                                                                   | 0.30<br>250.00/hr | 75.00     |
| 5/30/2006  | SBT | Review and reply to J. Alwin emails regarding disability claims and claims of prepetition healthcare providers (2x .1)                                                                                                                                                    | 0.20<br>525.00/hr | 105.00    |
|            | JAA | Telephone conferences and exchange email with PBA Claims (.5) and P. Padavic (.4) concerning coverage and claims issues; prepare letters to claimants concerning proof of claim and notice of bankruptcy (.4)                                                              | 1.30<br>250.00/hr | 325.00    |
| 5/31/2006  | JAA | Telephone conference and exchange email with P. Padavic concerning employee claim issues (.4); telephone conference with J. Capizzi concerning coverage (.1); telephone conference and exchange email with G. Wilhite concerning short-term disability (.3); review and exchange email with PBA Claims concerning funding requests and claims (.4) | 1.20<br>250.00/hr | 300.00    |
|            | PJR | Telephone conference with employee on proof of claim issues.                                                                                                                                                                                                              | 0.20<br>400.00/hr | 80.00     |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                                                 | [    28.40        | 8,832.50] |

PLAN OF REORGANIZATION

|            |     |                                                                     |                   |           |
|------------|-----|---------------------------------------------------------------------|-------------------|-----------|
| 5/12/2006  | PJR | Review order setting deadline for filing plan and disclosure statement and docket same. | 0.10<br>400.00/hr | 40.00     |
|            |     | SUBTOTAL:                                                           | [    0.10         | 40.00]    |

STATEMENTS AND SCHEDULES

|            |     |                                                                                                                                                                                                |                   |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 5/1/2006   | MAH | Worked on preparing bankruptcy petition, statements, and schedules for Chapter 11 filing (8.1); prepared same for review and signature of G. Wilhite (.5); worked on updating index of related motions (.3). | 8.90<br>150.00/hr | 1,335.00 |
| 5/2/2006   | MAH | Worked on preparing bankruptcy petition, statements, and schedules (4.2); filed same with Bankruptcy court (.5); distributed bankruptcy filings to team (.3); prepared materials for service of related motions per P. Roberts' request (1.7). | 6.70<br>150.00/hr | 1,005.00 |
| 5/15/2006  | MAH | Reviewed statements and schedules for information still needed from client to prepare filing per M. Swanson's request.                                                                          | 1.00<br>150.00/hr | 150.00   |
| 5/17/2006  | MAH | Attended to M. Swanson's requests for creditor information.                                                                                                                                     | 0.30<br>150.00/hr | 45.00    |
| 5/19/2006  | MAH | Updated Statement of Financial Affairs.                                                                                                                                                         | 0.30<br>150.00/hr | 45.00    |

KL Industries Inc.            Page    18

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/30/2006 | MAH | Worked on updating Statement of Financial Affairs and various schedules with new information from client. | 4.50<br>150.00/hr | 675.00 |
| 5/31/2006 | MAH | Worked on updating Statement of Financial Affairs, related attachments, and various schedules with new information from client. | 5.30<br>150.00/hr | 795.00 |
| | | SUBTOTAL: | [ 27.00 | 4,050.00] |

UTILITY ISSUES

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2006 | PJR | Review Progress Energy correspondence on 366 deposit. | 0.10<br>400.00/hr | 40.00 |
| 5/24/2006 | MAS | Draft letters to utility companies in connection with 366 order entered by Court (.9); email Debtor regarding amendment to Exhibit A to utility motion and timing of deposits to be paid (.3) | 1.20<br>280.00/hr | 336.00 |
| | | SUBTOTAL: | [ 1.30 | 376.00] |

For professional services rendered      $60,401.50

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 4/24/2006 | Taxi from office to McGladrey to attend meeting (PJR) | 5.00 |
| 4/27/2006 | Intercall - Inv. # B1-5740549 | 54.15 |
| | Intercall - Inv. # B1-5740549 | 34.09 |
| | Intercall - Inv. # B1-5740549 | 32.09 |
| 4/28/2006 | Intercall - Inv. # B1-5740549 | 170.05 |
| 4/30/2006 | Legal Research - 4/1/06 - 4/30'/06 | 186.00 |
| 5/3/2006 | Photocopying - Suggestion of Bankruptcy - Service copy (GEG) | 6.10 |
| | Taxi from office to Bankruptcy Court to attend court (PJR) | 8.00 |
| 5/8/2006 | Photocopying - 24 Seven - Inv. # 44442 - Notice, Motion & Orders re: Financing (PJR) (KL) | 477.36 |
| 5/15/2006 | Photocopying - 24 Seven - Inv.# 44708 - LaSalle loan documents (PJR) | 110.92 |
| | Photocopying - 24 Seven - Inv.# 44714 - LaSalle loan documents, Imaged (PJR) | 235.12 |
| 5/16/2006 | Messenger to Winston & Strawn (PJR) | 4.80 |
| 5/17/2006 | Photocopying - Motion to reject lease at 3323 W. Addison (MAS) | 33.80 |
| | Photocopying - Motion to sell current merchandise (MAS) | 10.40 |
| | Photocopying - Motion for an administrative order for interim compensation (MAS) | 18.20 |
| | Photocopying - Motion to employ Laner Muchin (MAS) | 30.40 |
| | Photocopying - Motion to reject lease at 8600 Bryn Mawr (MAS) | 11.70 |
| | Photocopying - Debtor's Application for Authority (MAS) | 20.80 |
| | Federal Express to c/o Equity Office Attn: President/IL - Presidents Plaza LLC/Chiacgo (MAS) | 14.47 |
| | Federal Express to Chicago Reginal Counsel/Equity Office/Chicago IL (MAS) | 14.47 |
| | Photocopying - Motion to employ RSM (MAS) | 36.40 |
| | Photocopying - Debtor's Motion for Entry of Order (MAS) | 33.60 |
| 5/18/2006 | Federal Express to Bankruptcy Department/Exelon Energy/Westchester IL (MAS) | 11.35 |
| | Federal Express to Chicago Regional Counsel/Equity Office/Chicago (MAS) | 11.35 |
| | Federal Express to Equity Office/IL - Presidents Plaza/Chiago (MAS) | 11.35 |

KL Industries Inc.                                                                         Page    19

|            |                                                                                                      | Amount |
|------------|------------------------------------------------------------------------------------------------------|--------|
| 5/18/2006  | Federal Express to Bankruptcy Department/AT&T/San Antonio TX (MAS)                                   | 15.99  |
|            | Federal Express to Bankruptcy Department/NICOR/Naperville IL  (MAS)                                  | 11.35  |
| 5/19/2006  | Messenger to RSM McGladery (MAS)                                                                     | 4.80   |
| 5/24/2006  | Photocopying - Statements and Schedules (MAH)                                                        | 13.30  |
| 5/25/2006  | Federal Express to John Holland Ginsbert/Pension Benefit guaranty Corporation/Washington DC (PJR)    | 37.15  |
|            | Taxi roundtrip to and from Bankruptcy Court to attend court (PJR                                     | 10.00  |
|            | Photocopying - Orders and Motion for letters (MAS)                                                   | 11.20  |
| 5/31/2006  | Telephone - Long Distance - 5/1 - 31/06                                                              | 14.61  |
|            | Postage - 5/1 - 31/06                                                                                | 274.24 |
|            | Photocopying - Notice of Chapter 11 (JAA)                                                            | 8.00   |
|            | Total additional charges                                                                             | $1,982.61 |
|            |                                                                                                      |        |
|            | Total amount of this bill                                                                            | $62,384.11 |
|            |                                                                                                      |        |
|            | Balance due                                                                                          | $62,384.11 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE CLIENT NUMBER WITH PAYMENT
ADDITIONAL EXPENSES MAY BE BILLED ON A LATER INVOICE

FEDERAL TAX ID# 36-3844420

Attorney Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ann E. Stockman   | 1.60  | 275.00 | $440.00    |
| Janice A. Alwin   | 20.10 | 250.00 | $5,025.00  |
| Mark L. Radke     | 2.80  | 275.00 | $770.00    |
| Matthew A. Swanson| 24.80 | 280.00 | $6,944.00  |
| Melissa A. Herman | 27.70 | 150.00 | $4,155.00  |
| Peter J. Roberts  | 49.00 | 400.00 | $19,600.00 |
| Steven B. Towbin  | 44.70 | 525.00 | $23,467.50 |