Transaction Details
For Group: 1; Client: 6141 - KL INDUSTRIES, INC. II

| CASE | MATTER NAME | ATTY | DATE | REF | TIME | AMOUNT | Description | WORK PERFORMED |
|---|---|---|---|---|---|---|---|---|
| 25 | ORLOWSKI FEDERAL COU | GRJ | 05/02/06 | 246 | 1.25 | 387.50 | Corresponden | correspondence Lisa Kane and numerous e-mails to client and bankruptcy counsel. Receipt and review of suggestion of bankruptcy. |
| 25 | ORLOWSKI FEDERAL COU | RLG | 05/02/06 | 258 | 0.25 | 36.25 | Review | Review plaintiff's motion to enforce settlement re accuracy of description of events |
| 25 | ORLOWSKI FEDERAL COU | RLG | 05/02/06 | 259 | 0.25 | 36.25 | Phone/Confer | with Greg James re accuracy of Plaintiff's counsel's description of events in motion to enforce settlement |
| 25 | ORLOWSKI FEDERAL COU | RLG | 05/02/06 | 260 | 0.25 | 36.25 | Preparation | Prepare Bankruptcy issues file for attorney notes and correspondence regarding settlement of Orlowski matter and bankruptcy |
| 25 | ORLOWSKI FEDERAL COU | GRJ | 05/04/06 | 247 | 0.25 | 77.50 | Phone/Confer | Lisa Kane; she has notice of bankruptcy and was in bankruptcy court yesterday |
| 25 | ORLOWSKI FEDERAL COU | GRJ | 05/05/06 | 248 | 0.25 | 77.50 | Corresponden | Read court order denying motion to enforce settlement agreement and memo to Greg W. and Steve T. re: same. |
| 25 | ORLOWSKI FEDERAL COU | GRJ | 05/05/06 | 249 | 0.25 | 77.50 | Phone/Confer | Greg Wilhite re: resolution of case |
| ** 25 | | | | | 2.75 | 728.75 | | |
| 33 | LABOR RELATIONS / PE | AED | 05/02/06 | 19 | 0.25 | 101.25 | Phone/Confer | with Greg |
| 33 | LABOR RELATIONS / PE | JPO | 05/03/06 | 12 | 0.25 | 78.75 | Corresponden | email to Priscilla for WARN notices |
| 33 | LABOR RELATIONS / PE | JPO | 05/03/06 | 29 | 0.25 | 78.75 | Phone/Confer | Priscilla call re retiree issue |
| 33 | LABOR RELATIONS / PE | AED | 05/04/06 | 20 | 0.50 | 202.50 | Phone/Confer | with Greg twice |
| 33 | LABOR RELATIONS / PE | JPC | 05/04/06 | 25 | 0.50 | 190.00 | Phone/Confer | Telcom G Wilhite re termination of retiree health benefit as of date of filing ch 11 bankruptcy, possible role of 60 day notice requirement |
| 33 | LABOR RELATIONS / PE | AED | 05/10/06 | 21 | 0.50 | 202.50 | Phone/Confer | w/ Alfredo, Greg |
| 33 | LABOR RELATIONS / PE | AED | 05/15/06 | 22 | 0.25 | 101.25 | Phone/Confer | w/ Greg |
| 33 | LABOR RELATIONS / PE | JPC | 05/17/06 | 26 | 0.50 | 190.00 | Phone/Confer | Telcom G Wilhite re status of payments of claims under self insured health plan pre and post petition; and re communications with employees re securing coverage under spousal plan when possible, notice to employees of additional open enrollment when union contract issues resolved |
| 33 | LABOR RELATIONS / PE | AED | 05/18/06 | 23 | 0.25 | 101.25 | Conference I | with JPC |
| 33 | LABOR RELATIONS / PE | JPC | 05/18/06 | 27 | 0.25 | 95.00 | Conference I | AED re G Wilhite plans for issues re self funded health plan payments and new open enrollment hinged to union contract resolution |
| 33 | LABOR RELATIONS / PE | AED | 05/22/06 | 7 | 0.25 | 101.25 | Phone/Confer | with Steve Towbin |
| 33 | LABOR RELATIONS / PE | AED | 05/23/06 | 8 | 0.50 | 202.50 | Phone/Confer | with Greg and Alfredo re union addressing ees |
| 33 | LABOR RELATIONS / PE | JPC | 05/25/06 | 2 | 2.50 | 950.00 | Review | Review PBGC distress termination procedures and requirements; meeting with S Towbin and AED re responding to PBGC and re plan termination steps; conf KMM re list of data needed from client for PBGC filings |
| 33 | LABOR RELATIONS / PE | AED | 05/25/06 | 9 | 0.50 | 202.50 | Preparation | With Alfredo, with Greg voice mail, letter to Alfredo |
| 33 | LABOR RELATIONS / PE | AED | 05/25/06 | 10 | 3.25 | 1316.25 | Conference O | Prep for meeting with Steve Towbin; meeting with Towbin and Carren; call with Greg W.; prep after |
| 33 | LABOR RELATIONS / PE | JPC | 05/26/06 | 3 | 1.25 | 475.00 | Preparation | Prepare list of data needed for response to PBGC inquiry and for potential plan termination; telcom S Jaworski of PBGC re documents requested and timetable for same, telcom and email G Wilhite with list data needed; conf MMcG re issues and timetable for potential distress termination; email S Towbin re Statement of Financial Affairs sought by |

```
                                         Transaction Details
                                For Group: 1; Client: 6141 - KL INDUSTRIES, INC. II

CASE. MATTER NAME......... DATE..... ATTY REF.. TIME.... AMOUNT....  Description  WORK PERFORMED..........................................
                                                                                  PBGC
 33 LABOR RELATIONS / PE 05/30/06 JPC    4       1.25     475.00  Phone/Confer    Telcom IRS VCP V Ungar re revision of proposed correction
                                                                                  method for pre retirement payments from pension plan; conf
                                                                                  WPS, AED; telcom and email G Wilhite
 33 LABOR RELATIONS / PE 05/30/06 AED   11       0.25     101.25  Preparation     prep and conf with JPC
 33 LABOR RELATIONS / PE 05/31/06 JPC    5       1.50     570.00  Phone/Confer    Telcom and emails G Burnette, J Frederick re PBGC and IRS
                                                                                  requests; email re PBGC requests; review correspondence
                                                                                  from J Frederick, prepare response to PBGC; conf MMcG re
                                                                                  PBGC penalties for businesses terminating pension plans but
                                                                                  emerging from bankruptcy under DRA of 2005
                                       ------  -------
                                        14.75  5735.00
                                       ------  -------
 **                                     17.50  6463.75
 33
                                       ======  =======
                                        17.50  6463.75
```