# RSM McGladrey

FEIN #41-1944416

One South Wacker Drive, Suite 800
Chicago, IL 60606
Phone : (312) 634-3400

REMIT TO:

5155 Paysphere Circle
Chicago, IL 60674 USA

5155 0007239785 0002242492 06142006 0003904348 0

GREG L. WILHITE
KL INDUSTRIES, INC
750 ANNORENO
ADDISON IL 60101

June 14, 2006

Account No. 723-978-5     SP

Invoice No. R-2242492-551

Amount Paid $_____

---

723-978-5  KL Industries, Inc        06/14/2006    Invoice # R-2242492-551

For professional services rendered through May 31, 2006.

| | |
|---|---:|
| Less: Discount | ($6,615.00) |
| B. Holmes - 20.00 hours at $275.00/Hr. | 5,500.00 |
| W. Wachs - 5.30 hours at $305.00/Hr. | 1,616.50 |
| M. Hirsh - 49.20 hours at $410.00/Hr. | 20,172.00 |
| M. Granahan - 54.00 hours at $245.00/Hr. | 13,230.00 |
| N. Radtke - 1.00 hour at $110.00/Hr. | 110.00 |
| N. Turnipseed Durkin - 4.00 hours at $215.00/Hr. | 860.00 |
| S. Peltz - 8.70 hours at $470.00/Hr. | 4,089.00 |
| Direct Expenses | 80.98 |
| **Total Due** | **$39,043.48** |

Please see attached detail.

Invoices are due upon receipt.

| Name | Date | Hours | Rate | Amount | Billed @ 50% | Description |
|---|---|---|---|---|---|---|
| Brian Holmes | 05/18/2006 | 0.40 | $275 | $ 110.00 | | Discuss project with M. Hirsh |
| Brian Holmes | 05/22/2006 | 9.30 | $275 | $ 2,557.50 | | Work on budget to actual cash flow analysis |
| Brian Holmes | 05/23/2006 | 9.20 | $275 | $ 2,530.00 | | Work on budget vs actual cash flow analysis; develop revised 13-wk cash flow forecast |
| Brian Holmes | 05/24/2006 | 1.10 | $275 | $ 302.50 | | Prepare and review cash flow presentation |
| | | 20.00 | | $ 5,500.00 | | |
| Mary Jo Granahan | 05/16/2006 | 4.00 | $245 | $ 980.00 | $ 490.00 | Public company research and private company research |
| Mary Jo Granahan | 05/18/2006 | 4.00 | $245 | $ 980.00 | $ 490.00 | Buyers list research |
| Mary Jo Granahan | 05/19/2006 | 8.00 | $245 | $ 1,960.00 | $ 980.00 | Buyers list research |
| Mary Jo Granahan | 05/22/2006 | 8.00 | $245 | $ 1,960.00 | $ 980.00 | Buyers list research |
| Mary Jo Granahan | 05/23/2006 | 8.00 | $245 | $ 1,960.00 | $ 980.00 | Buyers list research |
| Mary Jo Granahan | 05/24/2006 | 8.00 | $245 | $ 1,960.00 | $ 980.00 | Buyers list research |
| Mary Jo Granahan | 05/25/2006 | 6.00 | $245 | $ 1,470.00 | $ 735.00 | Buyers list research and data analysis |
| Mary Jo Granahan | 05/30/2006 | 8.00 | $245 | $ 1,960.00 | $ 980.00 | Buyers list |
| | | 54.00 | | $ 13,230.00 | $ 6,615.00 | |
| Mitchell Hirsh | 05/03/2006 | 2.00 | $410 | $ 820.00 | | Update cash flow for bankruptcy issues |
| Mitchell Hirsh | 05/04/2006 | 1.40 | $410 | $ 574.00 | | Follow up on cash flow issues and case issues |
| Mitchell Hirsh | 05/05/2006 | 2.40 | $410 | $ 984.00 | | Attend to budget issues |
| Mitchell Hirsh | 05/09/2006 | 2.10 | $410 | $ 861.00 | | Attend to case administration and application for employment |
| Mitchell Hirsh | 05/10/2006 | 1.40 | $410 | $ 574.00 | | Attend to sale of company issues |
| Mitchell Hirsh | 05/10/2006 | 2.10 | $410 | $ 861.00 | | Drafting of Affidavit for employment |
| Mitchell Hirsh | 05/12/2006 | 0.70 | $410 | $ 287.00 | | attend to sale of company process |
| Mitchell Hirsh | 05/15/2006 | 5.50 | $410 | $ 2,255.00 | | Meeting at KL's office to discuss sales process and follow up to requests by creditors committee |
| Mitchell Hirsh | 05/16/2006 | 1.20 | $410 | $ 492.00 | | Attend to financing issues and cash flow updates |
| Mitchell Hirsh | 05/17/2006 | 1.80 | $410 | $ 738.00 | | Attend to information requests by Unsecured Creditor Committee |
| Mitchell Hirsh | 05/18/2006 | 2.10 | $410 | $ 861.00 | | Attend to information requests and cash flow issues |
| Mitchell Hirsh | 05/19/2006 | 1.80 | $410 | $ 738.00 | | Preparation for and meeting at counsel office regarding case strategy |
| Mitchell Hirsh | 05/19/2006 | 1.20 | $410 | $ 492.00 | | Attend to requests by BBK- hired by general motors |
| Mitchell Hirsh | 05/19/2006 | 1.10 | $410 | $ 451.00 | | Attend to cash flow issues |
| Mitchell Hirsh | 05/22/2006 | 4.50 | $410 | $ 1,845.00 | | Work on budget to actual analysis |
| Mitchell Hirsh | 05/23/2006 | 5.80 | $410 | $ 2,378.00 | | Work on revised forcast based on GM deal and sale of company issues |
| Mitchell Hirsh | 05/24/2006 | 3.50 | $410 | $ 1,435.00 | | Attend to budget issues, sales process and discussion with BBK |
| Mitchell Hirsh | 05/25/2006 | 2.50 | $410 | $ 1,025.00 | | attend to sales process and discussions with Dan Ravid of BBK |
| Mitchell Hirsh | 05/26/2006 | 1.80 | $410 | $ 738.00 | | Attend to budget and actual analysis |
| Mitchell Hirsh | 05/30/2006 | 2.20 | $410 | $ 902.00 | | Attend meeting with creditors committee, bank and counsel and follow up on cash flow scenarios |
| Mitchell Hirsh | 05/31/2006 | 2.10 | $410 | $ 861.00 | | Attend to forcasting 2006 due to changes in business model |
| | | 49.20 | | $ 20,172.00 | | |
| Nancy Radtke | 05/08/2006 | 1.00 | $110 | $ 110.00 | | Work on affidavit for employment |
| | | 1.00 | | $ 110.00 | | |
| Nicole Turnipseed Durl | 05/02/2006 | 4.00 | $215 | $ 860.00 | | Make adjustments to 13-week plan; discuss adj with S. Peltz, Towbin, and Greg (KL Industries) |
| | | 4.00 | | $ 860.00 | | |
| Scott Peltz | 05/03/2006 | 1.80 | $470 | $ 846.00 | | Attend hearing re: first day order and financing |
| Scott Peltz | 05/03/2006 | 0.80 | $470 | $ 376.00 | | Review cash flows and calls to counsel re: same |
| Scott Peltz | 05/09/2006 | 0.90 | $470 | $ 423.00 | | Prepare for and attend conference call with counsel and debtor re: case status |
| Scott Peltz | 05/09/2006 | 0.30 | $470 | $ 141.00 | | Work on cash flow issues |
| Scott Peltz | 05/09/2006 | 0.40 | $470 | $ 188.00 | | Work on sales issues |
| Scott Peltz | 05/19/2006 | 0.90 | $470 | $ 423.00 | | Follow up on cash flow issues |
| Scott Peltz | 05/19/2006 | 1.70 | $470 | $ 799.00 | | Prepare for and attend conference call with counsel and management re: various items |
| Scott Peltz | 05/30/2006 | 0.60 | $470 | $ 282.00 | | Work on cash flow issues |
| Scott Peltz | 05/31/2006 | 0.40 | $470 | $ 188.00 | | Follow up on outstanding issues |
| Scott Peltz | 05/31/2006 | 0.90 | $470 | $ 423.00 | | Prepare for and meet with counsel, committee and bank re: status |
| | | 8.70 | | $ 4,089.00 | | |
| William Wachs | 05/25/2006 | 1.50 | $305 | $ 457.50 | | Prepared financial summary exhibit |
| William Wachs | 05/26/2006 | 2.80 | $305 | $ 854.00 | | Prepared summarized financial information and developed graphs to include |
| William Wachs | 05/31/2006 | 1.00 | $305 | $ 305.00 | | Reviewed with M. Hirsh client needs and expectations; reviewed documents |
| | | 5.30 | | $ 1,616.50 | | |

Total Services 142.20     $ 45,577.50
Less discount for 1/2 of Mary Jo Granaham's time $ (6,615.00)
Total Amount  $ 38,962.50

Direct Expenses
Client Travel        05/18/2006          $  46.00
Meals & Entertainment 05/24/2006         $  34.98
Total Expenses  $  80.98