# EXHIBIT 1

RSM McGladrey Inc.
Billing Hours/Rates for Services Rendered January 1, 2007 through January 25, 2008
In Re: KL Industries Inc. Chapter 11 Case #06-04882
Summary by RSM professional by time and billing rate

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. Bloom | Managing Director | 2.2 | $450 | $990.00 |
| M. Hirsh | Managing Director | 1.0 | $445 | $445.00 |
| J. Meyer | Managing Director | 4.0 | $499 | $1,997.50 |
| B. Holmes | Director | 20.1 | $275 | $5,527.50 |
| P. Gannon | Director | 3.5 | $360 | $1,258.50 |
| D. Wolford | Manager | 15.5 | $226 | $3,502.50 |
| A. King | Senior Associate | 18.6 | $192 | $3,574.00 |
| S. Nazar | Senior Associate | 1.8 | $192 | $346.00 |
| W. Tse | Associate | 14.1 | $190 | $2,684.20 |
| S. Roy | Paralegal | 9.8 | $110 | $1,078.00 |
| | Total | 90.6 | $236 | $21,403.20 |

Exhibit 1

# EXHIBIT 2

RSM McGladrey Inc.
Billing Hours/Rates for Services Rendered January 1, 2007 through January 25, 2008
In Re: KL Industries Inc. Chapter 11 Case #06-04882
Summary organized by task

| US Trustee Task Code | Project Category | Hours | Average Rate | Total |
|---|---|---|---|---|
| K13 | Case Administration | 8.8 | $116 | $1,017.50 |
| K16 | Fee/Employment Apps | 22.6 | $214 | $4,844.00 |
| K23 | Accounting/Auditing | 33.6 | $246 | $8,265.50 |
| K29 | Tax Issues | 25.6 | $284 | $7,276.20 |
| | Total | 90.6 | $236 | $21,403.20 |

Exhibit 2

# EXHIBIT 3

RSM McGladrey Inc.
Billing Hours/Rates for Services Rendered January 1, 2007 through January 25, 2008
In Re: KL Industries Inc. Chapter 11 Case #06-04882
Detailed listing organized by task

| Date | Name | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **K13 - Case Administration** | | | | | |
| 1/16/2007 | Roy, Susan | File operating report with Court | 1.0 | $110 | $110.00 |
| 2/21/2007 | Roy, Susan | File operating report with Court | 1.2 | $110 | $132.00 |
| 3/5/2007 | Holmes, Brian | Review motions filed in bankruptcy court | 0.3 | $275 | $82.50 |
| 3/26/2007 | Roy, Susan | Search for documents on Pacer | 1.0 | $110 | $110.00 |
| 4/2/2007 | Roy, Susan | File monthly operating report | 1.0 | $110 | $110.00 |
| 4/16/2007 | Roy, Susan | File operating report with Court | 1.0 | $110 | $110.00 |
| 4/17/2007 | Roy, Susan | File operating report with Court | 0.3 | $110 | $33.00 |
| 5/22/2007 | Roy, Susan | File operating report with Court | 1.0 | $110 | $110.00 |
| 7/16/2007 | Roy, Susan | File operating report with Court | 1.0 | $110 | $110.00 |
| 8/15/2007 | Roy, Susan | File operating report with Court | 1.0 | $110 | $110.00 |
| | | Subtotal | 8.8 | | $1,017.50 |
| **K16 - Fee Application** | | | | | |
| 1/10/2007 | Holmes, Brian | Assemble data for second fee application (1.5 hrs) | 1.5 | $275 | $412.50 |
| 1/10/2007 | King, Alex | Work on second interim fee application | 2.2 | $190 | $418.00 |
| 1/11/2007 | Holmes, Brian | Work on second fee application; | 0.9 | $275 | $247.50 |
| 1/11/2007 | King, Alex | Work on second interim fee application | 3.9 | $190 | $741.00 |
| 1/12/2007 | King, Alex | Work on second interim fee application | 4.2 | $190 | $798.00 |
| 1/22/2007 | King, Alex | Report back to KL Industries regarding billing discrepancy | 0.3 | $190 | $57.00 |
| 3/22/2007 | Holmes, Brian | Address outstanding accounts receivable issues | 0.3 | $275 | $82.50 |
| 3/26/2007 | Holmes, Brian | Research billing and accounts receivable issues regarding pension group work | 0.3 | $275 | $82.50 |
| 1/14/2008 | King, Alex | Prepare final fee application | 1.6 | $195 | $312.00 |
| 1/15/2008 | King, Alex | Prepare final fee application | 0.8 | $195 | $156.00 |
| 1/17/2008 | King, Alex | Prepare final fee application | 4.7 | $195 | $916.50 |
| 1/21/2008 | King, Alex | Prepare final fee application | 0.9 | $195 | $175.50 |
| 1/25/2008 | Hirsh, Mitchell | Review final fee application | 1.0 | $445 | $445.00 |
| | | Subtotal | 22.6 | | $4,844.00 |
| **K23 - Accounting/Auditing** | | | | | |
| 1/8/2007 | Holmes, Brian | Compile data for monthly operating report | 0.4 | $275 | $110.00 |
| 1/9/2007 | Holmes, Brian | Work on monthly operating report | 1.4 | $275 | $385.00 |
| 1/10/2007 | Holmes, Brian | Work on monthly operating report for December 2006 | 2.2 | $275 | $605.00 |
| 1/16/2007 | Holmes, Brian | Compile December monthly operating report | 5.8 | $275 | $1,595.00 |
| 2/15/2007 | Holmes, Brian | Discuss data required for monthly operating report | 0.5 | $275 | $137.50 |
| 2/16/2007 | Holmes, Brian | Work on monthly operating report | 0.5 | $275 | $137.50 |
| 2/16/2007 | Wolford, Danielle | Prepare monthly operating report | 1.5 | $225 | $337.50 |
| 2/19/2007 | Holmes, Brian | Forward monthly operating report to G. Wilhite and discuss issues with G. Wilhite | 0.3 | $275 | $82.50 |
| 2/20/2007 | Holmes, Brian | Finalize monthly operating report | 0.7 | $275 | $192.50 |
| 2/22/2007 | Holmes, Brian | Process filed monthly operating report | 0.3 | $275 | $82.50 |
| 3/12/2007 | Holmes, Brian | Request cash flow data | 0.2 | $275 | $55.00 |
| 3/14/2007 | Holmes, Brian | Work on monthly operating report | 0.4 | $275 | $110.00 |
| 3/14/2007 | Wolford, Danielle | Work on February monthly operating report | 0.5 | $225 | $112.50 |
| 3/15/2007 | Roy, Susan | Work on miscellaneous issues relating to operating report | 0.5 | $110 | $55.00 |
| 3/16/2007 | Roy, Susan | Work on miscellaneous issues relating to operating report | 0.5 | $110 | $55.00 |
| 3/20/2007 | Holmes, Brian | Address cash issues with monthly operating report | 0.7 | $275 | $192.50 |
| 3/20/2007 | Wolford, Danielle | Update operating reports for December 2006 through February 2007 | 2.5 | $225 | $562.50 |
| 3/21/2007 | Holmes, Brian | Assist in preparation and review of monthly operating reports for December 2006 through February 2007 | 0.9 | $275 | $247.50 |
| 3/21/2007 | Wolford, Danielle | Reconcile and update monthly operating reports, review files sent by JD Norman | 3.5 | $225 | $787.50 |
| 3/22/2007 | Holmes, Brian | Address issues with monthly operating report | 0.3 | $275 | $82.50 |
| 3/22/2007 | Wolford, Danielle | Reconcile and update monthly operating reports, review files sent by JD Norman | 4.0 | $225 | $900.00 |
| 3/23/2007 | Wolford, Danielle | Review and analyze new check register file sent by JD Norman to reconcile to bank | 1.0 | $225 | $225.00 |
| 3/26/2007 | Holmes, Brian | Review revised monthly operating reports | 0.6 | $275 | $165.00 |
| 3/27/2007 | Holmes, Brian | Review monthly operating reports based on new data provided by Debtor | 0.3 | $275 | $82.50 |
| 3/27/2007 | Wolford, Danielle | Obtain additional information and review, reconcile and update monthly operating reports for December 2006 through February 2007 | 1.0 | $225 | $225.00 |
| 4/10/2007 | Holmes, Brian | Review March monthly operating report | 0.3 | $275 | $82.50 |
| 5/10/2007 | Holmes, Brian | Review monthly operating report | 0.5 | $275 | $137.50 |
| 6/15/2007 | Holmes, Brian | Process monthly operating report for filing | 0.2 | $275 | $55.00 |
| 6/15/2007 | Wolford, Danielle | File May monthly operating report with the bankruptcy courts | 0.5 | $225 | $112.50 |
| 7/11/2007 | Holmes, Brian | Review monthly operating report and prepare for filing | 0.3 | $275 | $82.50 |
| 8/16/2007 | Roy, Susan | E-mail and telephone call to Trustee regarding operating report | 0.3 | $110 | $33.00 |
| 9/17/2007 | Wolford, Danielle | Review and submit August monthly operating report | 1.0 | $240 | $240.00 |
| | | Subtotal | 33.6 | | $8,265.50 |

Exhibit 3

**K29: Tax Issues**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/29/2007 | Bloom, Mark | Close 12/31/06 books, tax returns and 1099S | 0.4 | $450 | $180.00 |
| 1/19/2007 | Bloom, Mark | Work on State of South Carolina return | 0.3 | $450 | $135.00 |
| 1/24/2007 | Bloom, Mark | Attend to 2006 closing end state matters | 0.6 | $450 | $270.00 |
| 1/25/2007 | Tse, Winey | Fill out South Carolina Account Closing Form | 0.5 | $184 | $92.00 |
| 1/31/2007 | Tse, Winey | Teleconference with South Carolina Secretary of State to inquire about what forms need to be filed to close the business and pull up the forms on the internet | 0.8 | $184 | $147.20 |
| 2/1/2007 | Bloom, Mark | Conference with G. Wilhite and M. Levante regarding 12/31/06 tax work, review of 2005 tax return | 0.9 | $450 | $405.00 |
| 2/9/2007 | Tse, Winey | Pulled up permanent file to look up state incorporated and date transacted business in SC. Filled out SC Application for Surrender of Authority to Do Business form | 0.5 | $184 | $92.00 |
| 10/30/2007 | Sylwia Nazar | Discuss tax preparation with W. Tse | 0.5 | $190 | $95.00 |
| 11/1/2007 | Winey Tse | Enter information into tax software | 1.0 | $190 | $190.00 |
| 11/2/2007 | Winey Tse | Enter information into tax software | 3.2 | $190 | $608.00 |
| 11/7/2007 | Winey Tse | Enter information into tax software | 2.0 | $190 | $380.00 |
| 11/8/2007 | Winey Tse | Enter information into tax software, perform review of entered information, make corrections as needed | 4.5 | $190 | $855.00 |
| 11/13/2007 | Sylwia Nazar | Review tax information entered | 0.3 | $190 | $57.00 |
| 11/20/2007 | Phyllis Gannon | Resolve questions regarding tax information | 0.5 | $345 | $172.50 |
| 11/20/2007 | Sylwia Nazar | Discuss tax issues with the client | 0.5 | $190 | $95.00 |
| 12/6/2007 | Sylwia Nazar | Discuss tax issues with client's accountant | 0.1 | $190 | $19.00 |
| 12/11/2007 | Joel Meyer | Review Michigan State tax return | 1.0 | $490 | $490.00 |
| 12/14/2007 | Joel Meyer | Review tax information entered | 1.0 | $490 | $490.00 |
| 12/27/2007 | Joel Meyer | Review tax return | 0.5 | $490 | $245.00 |
| 1/3/2008 | Joel Meyer | Review tax information entered | 0.5 | $515 | $257.50 |
| 1/7/2008 | Phyllis Gannon | Prepare budget and prior year recap | 1.0 | $362 | $362.00 |
| 1/8/2008 | Phyllis Gannon | Prepare budget and prior year recap | 0.5 | $362 | $181.00 |
| 1/9/2008 | Phyllis Gannon | Enter 2006 tax information | 1.5 | $362 | $543.00 |
| 1/9/2008 | Joel Meyer | Address tax information and Michigan state tax return questions | 1.0 | $515 | $515.00 |
| 1/16/2008 | Winey Tse | Prepare client information request list for 2006 return preparation | 1.6 | $200 | $320.00 |
| 1/16/2008 | Sylwia Nazar | Discuss open items with W. Tse | 0.4 | $200 | $80.00 |
| | | Subtotal | 25.6 | | $7,276.20 |
| | | **Grand Total** | **90.6** | | **$21,403.20** |

Exhibit 3

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>KL INDUSTRIES, INC.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 06-4882<br><br>Honorable Carol A. Doyle<br><br>Hearing Date: March 20, 2008<br>Hearing Time: 10:30 a.m. |

## NOTICE CONCERNING DEBTORS' MOTION
## TO DISMISS CASE AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on or about February 20, 2008, KL Industries, Inc., debtor herein (the "Debtor"), filed a motion (the "Motion to Dismiss") to voluntarily dismiss its bankruptcy case (the "Case") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that by its Motion to Dismiss, the Debtor has requested the Court enter an Order

(i)     Dismissing the Case;

(ii)    Altering the effects of dismissal and deeming 11 U.S.C. § 349(b)(1)-(3) inapplicable to the dismissal of the Case;

(iii)   Retaining jurisdiction over matters affecting the administration of the Debtor's estate and the relief requested in the Motion to Dismiss; or

(iv)   In the alternative, authorizing the Debtor to pay the allowed Administrative Claims[1] and Professional Fees and converting the Case to chapter 7.

**PLEASE TAKE FURTHER NOTICE** that by its Motion to Dismiss[2], the Debtor has requested the Court authorize the Debtor to distribute the Debtor's Remaining Assets as follows:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Dismiss.
[2] Copies of the Motion to Dismiss and the Exhibits referenced herein are available from the undersigned counsel upon reasonable request.

{5592 NTC A0199268.DOC}

(i) First, to payment in full of all allowed Administrative Claims and Professional Fees;

(ii) Second, to payment of certain post-dismissal Final Budget items totaling $64,000, as provided on Exhibit A to the Motion to Dismiss; and

(iii) Third, on a pro rata basis to the Benefits Claimants, but only to the extent provided on Exhibit D to the Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that upon completion of the distributions as contemplated in the Motion to Dismiss, none of the Remaining Assets will be retained by the Debtor or its principals.

**PLEASE TAKE FURTHER NOTICE** that on February 20, 2008, the Debtors filed a Motion (the "503(b) Motion") with the Court requesting the entry of an order pursuant to 11 U.S.C. §§ 503(b) allowing and authorizing the Debtor's payment of the Administrative Claims in the total amount of $338,230.83.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Motion to Dismiss, the following final professional fee applications (the "Final Fee Applications") were filed with the Court:

(i) Final Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis"), as Counsel for the Chapter 11 Debtor, for Final Allowance of Compensation and Reimbursement of Expenses, (the "Shaw Gussis Final Application"); and

(ii) Final Application of Winston & Strawn LLP ("Winston") as Counsel for the Official Committee of Unsecured Creditors for Final Allowance of Compensation and Reimbursement of Expenses (the "Winston Final Application"); and

(iii) Final Application of RSM McGladrey Inc. ("RSM") as Financial Advisors for the Debtor, for Final Allowance of Compensation and Reimbursement of Expenses (the "RSM Final Application").

**PLEASE TAKE FURTHER NOTICE** that, through the Shaw Gussis Final Application, Shaw Gussis seeks, for the period of January 1, 2007 through March 20, 2008, approval and allowance of compensation of fees in the amount of $116,250.67 and the reimbursement of actual and necessary expenses in the amount of $4,887.86, for a total amount of $121,138.53. In addition, Shaw Gussis seeks the final allowance of all hourly fees and expenses previously allowed by the Court on an interim basis in the total amount of $385,164.29.

**PLEASE TAKE FURTHER NOTICE** that, through the Winston Final Application, Winston seeks, for the period of January 1, 2007 through December 31, 2008, final approval and allowance of compensation in the amount of $14,274.00 and the reimbursement of actual and necessary expenses in the amount of $171.08 for a total amount of $14,445.08; and for the period of January 1, 2008 through March 20, 2008, Winston seeks final approval and

{5592 NTC A0199268.DOC}    2

allowance of compensation in an amount not in excess of $10,000.00 and reimbursement of actual and necessary expenses in an amount not in excess of $1,000.00. In addition, Winston seeks final allowance of all fees and expenses previously allowed by the Court on an interim basis in the total amount of $134,151.14.

**PLEASE TAKE FURTHER NOTICE** that, through the RSM Final Application, RSM seeks, for the period of January 1, 2007 through January 25, 2008, approval and allowance of compensation of fees in the amount of $21,403.20 and the reimbursement of actual and necessary expenses in the amount of $0.00, for a total amount of $21,403.20. In addition, RSM seeks the final allowance of all fees and expenses previously allowed by the Court on an interim basis in the total amount of $190,737.80.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Dismiss, the 503(b) Motion and the Final Fee Applications is scheduled for **March 20, 2008 at 10:30 a.m.** (the "Final Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections to the relief sought in the Motion to Dismiss, the 503(b) Motion or the Final Fee Applications, if any, should be made in writing, filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and served upon the following parties **on or before March 10, 2007 at 4:00 p.m. (prevailing Central Time)**: (i) Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, IL 60610, Attn: Patrick A. Clisham; (ii) Winston & Strawn, LLP, 35 W. Wacker Dr., Chicago, IL 60601, Attn: Mindy D. Cohn; and (iii) Office of the United States Trustee, 227 W. Monroe St., Suite 3360, Chicago, IL 60606, Attn: Cameron Gulden.

|  |  |
|---|---|
|  | KL Industries, Inc. |
| Dated: February 20, 2008 | By: /s/ Patrick A. Clisham |
|  | One of its attorneys |

Steven B. Towbin (#2848546)
Patrick A. Clisham (#6277264)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
(312) 980-3836 telephone
(312) 275-0584 facsimile
pclisham@shawgussis.com

{5592 NTC A0199268.DOC}    3