# Exhibit I

# SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

*321 North Clark Street, Suite 800*
*Chicago, IL 60610*
*(312) 541-0151*

---

Invoice submitted to:
KL Industries Inc.
8600 W. Bryn Mawr Avenue
Suite 770N
Chicago IL 60631-3590
Attn: Jerry Capizzi and Greg L. Wilhite

**Client Number: 5592**

October 31, 2007
In Reference To: Chapter 11
(SBT 5592 KL INDUSTRIES/CHP 11)
Invoice #710223

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### CASE ADMINISTRATION

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2007 | GEG | Review Material Handling stipulation and Nicor dismissal orders and file same (.2); confer with P. Clisham regarding resolution of administrative claims (.2). | 0.40<br>255.00/hr | 102.00 |
| | PAC | Conferences with G. Gouveia concerning dismissal of case and payment of administrative claims (.3); email exchanges with G. Wilhite and D. Wolford concerning September 2007 operating report (.2) | 0.50<br>265.00/hr | 132.50 |
| 10/9/2007 | GEG | Correspondence with P. Clisham regarding general case status hearing date and treatment of administrative claims. | 0.20<br>255.00/hr | 51.00 |
| 10/22/2007 | PAC | Teleconference with M. Cohn concerning case status and contemplated dismissal | 0.30<br>265.00/hr | 79.50 |
| | PMF | Print schedules for P. Clisham | 0.30<br>175.00/hr | 52.50 |
| 10/23/2007 | PAC | Confer with S. Towbin concerning remaining issues in case and dismissal of same (.3); prepare for and attend status hearing on case (1.0). | 1.30<br>265.00/hr | 344.50 |
| 10/24/2007 | SBT | Review U.S. Trustee notice of fees due and transmit to G. Wilhite | 0.20<br>580.00/hr | 116.00 |
| 10/25/2007 | PAC | Review and research history of Debtor's pending claim in Dana bankruptcy (.4); teleconference and email exchanges with M. Ingram concerning same (.2); email to G. Wilhite concerning Dana claim (.1) | 0.70<br>265.00/hr | 185.50 |

KL Industries Inc.                                                                                           Page     2

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                      | Hrs/Rate          | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 10/26/2007 | PAC | Teleconferences with G. Wilhite and representatives from prior interested parties concerning objection to claim in Dana bankruptcy                                                                                                                                                                                                                                                                    | 0.30<br>265.00/hr | 79.50       |
|            |     | SUBTOTAL:                                                                                                                                                                                                                                                                                                                                                                                             | [   4.20          | 1,143.00]   |

### CREDITORS AND CLAIMS

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 10/2/2007  | GEG | Review Metro Spring settlement, briefly review filed administrative claim and follow up with claimant regarding waiver of administrative claim (.3); draft notice of withdrawal (.4) and letter to N. Martinez requesting that same be signed and returned (.5)                                                                                                                                                                                                                                                           | 1.20<br>255.00/hr | 306.00 |
|            | SBT | Review PBGC email and stipulation regarding withdrawal of administrative claims                                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.30<br>580.00/hr | 174.00 |
|            | PAC | Review response by D. Barnes to claim objection (.3); email to G. Wilhite concerning same (.2); teleconference and email exchanges with J. Ginsburg for PBGC concerning response to objection and stipulation (.5); review and comment on draft PBGC stipulation (.3); confer with G. Gouveia concerning Metro Spring claim and payment of admin claims (.2); teleconferences and voice message exchanges with G. Burnett at JD Norman concerning history of union agreement re: D. Barnes (.5)                            | 2.00<br>265.00/hr | 530.00 |
| 10/4/2007  | SBT | Review Barnes response to claim objection and confer with P. Clisham regarding response                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.30<br>580.00/hr | 174.00 |
|            | GEG | File and serve Metro Spring notice of withdrawal of claim.                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 0.30<br>255.00/hr | 76.50  |
|            | PAC | Confer with S. Towbin concerning status of D. Barnes and PBGC admin claims (.3); email exchange with G. Wilhite concerning D. Barnes (.2): message exchanges with L. Sheets, counsel for Barnes (.2)                                                                                                                                                                                                                                                                                                                      | 0.70<br>265.00/hr | 185.50 |
| 10/5/2007  | GEG | Review and respond to correspondence with L. Johnson and G. Wilhite regarding payment of Material Handling admin claim (.2)                                                                                                                                                                                                                                                                                                                                                                                               | 0.20<br>255.00/hr | 51.00  |
| 10/10/2007 | PAC | Voice message exchange and teleconference with L. Sheets for D. Barnes concerning union contract and priority issues with claim (.5); teleconference with G. Burnett concerning details on union contract expiration and extensions (.2)                                                                                                                                                                                                                                                                                  | 0.70<br>265.00/hr | 185.50 |
| 10/11/2007 | GEG | Review administrative claims (.4) and draft motion to pay administrative claims (1.0).                                                                                                                                                                                                                                                                                                                                                                                                                                    | 1.40<br>255.00/hr | 357.00 |
| 10/15/2007 | PAC | Message exchanges and teleconference with L. Sheets concerning settlement of Barnes claim (.3); drafting stipulated order concerning same (.3); teleconference with G. Wilhite concerning IL demand accounting of grant and MI tax issue (.2); confers with G. Gouveia concerning status of admin and 503b9 claims (.3)                                                                                                                                                                                                   | 1.10<br>265.00/hr | 291.50 |

KL Industries Inc.                                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/15/2007 | SBT | Review email and draft motion regarding payment of administrative claims (.4) and confer on 10/16/07 with P. Clisham and GEG regarding same (.2) | 0.60<br>580.00/hr | 348.00 |
|  | GEG | Review claims and finalize motion to pay administrative claims. | 1.50<br>255.00/hr | 382.50 |
| 10/16/2007 | GEG | Confer with S. Towbin regarding motion to pay administrative claims and other outstanding matters (.1); phone call with G. Wilhite regarding payment of administrative claims and other outstanding matters (.3) and follow up email to G. Wilhite with client trust account balance information (.1) | 0.50<br>255.00/hr | 127.50 |
|  | PAC | Email exchange with M. Cohn concerning hearing on objections to claims (.2); confers with S. Towbin and G. Gouveia concenring IL and MI admin claim issues and status of unpaid admin claims (.3); prepare for and attend hearing on objections to claims (.8); confer with D. McGuire for committee following hearing (.3) | 1.60<br>265.00/hr | 424.00 |
| 10/17/2007 | PAC | Teleconference with G. Wilhite concerning MI tax claim | 0.20<br>265.00/hr | 53.00 |
| 10/18/2007 | PAC | Teleconference with C. Racket for IL DCEO concerning grant refund/claim (.3); teleconference with G. Wilhite concerning same (.2); telefile no-wage report for IL DOES (.2) | 0.70<br>265.00/hr | 185.50 |
| 10/19/2007 | PAC | Teleconference with G. Wilhite concerning MI tax claim and other ongoing matters | 0.20<br>265.00/hr | 53.00 |
| 10/26/2007 | PAC | Confer with V. Gandra concerning omnibus objection to employee claims | 0.30<br>265.00/hr | 79.50 |
|  | VRG | Review Schedule E and submitted claims (.5); Drafting omnibus objection to certain priority claims (.8) | 1.30<br>230.00/hr | 299.00 |
| 10/29/2007 | VRG | Create exhibit spreadsheets for Omnibus Claims Objection (1.7); Drafting Omnibus Claims Objection (2.1); Confer w/ Patrick Clisham re: the same | 3.80<br>230.00/hr | 874.00 |
|  | VRG | Draft First Omnibus Claims Objection (.4); Analyze proofs of claim and determine course of action (.7) | 1.10<br>230.00/hr | 253.00 |
| 10/30/2007 | PAC | Confer with V. Gandra concerning wage and expense claims (.2); email to G. Wilhite concerning same (.1) | 0.30<br>265.00/hr | 79.50 |
| 10/31/2007 | VRG | Create spreadsheets for satisfied wage claims (.6); Drafting Omnibus Claims Objection (1.2) | 1.80<br>230.00/hr | 414.00 |
|  | PAC | Voice message exchanges and teleconference with G. Wilhite concerning objections to employee claims (.3); review and update admin claims chart (.3) email to M. Cohn concerning same (.1) | 0.70<br>265.00/hr | 185.50 |

KL Industries Inc.                                                                                                                  Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [ 22.80 | 6,089.00] |
|  | **FEE APPLICATIONS** |  |  |  |
| 10/16/2007 | SBT | Review and reply to McGuire email regarding Committee fees | 0.20<br>580.00/hr | 116.00 |
| 10/18/2007 | PAC | Email exchanges with G. Wilhite and M. Cohn concerning payment of outstanding fees to committee counsel | 0.30<br>265.00/hr | 79.50 |
| 10/22/2007 | PAC | Teleconference with G. Wihite concerning accounting of avoidance action recoveries and fees paid to date | 0.20<br>265.00/hr | 53.00 |
|  | SUBTOTAL: |  | [ 0.70 | 248.50] |
|  | **TAX ISSUES** |  |  |  |
| 10/16/2007 | VRG | Researching tax liability of Wilhite for Michigan single business tax (1.9); Researching derivative liability in bankruptcy (.5); Confer with Patrick Clisham re: tax liability and derivative liability (.1); Call to Michigan Dept of Treasury re: Wilhite tax liability (.1); E-mail to Patrick setting forth elements of corporate officer tax liability (.1) | 2.70<br>230.00/hr | 621.00 |
| 10/17/2007 | VRG | Call to Michigan Dept of Treasury to discuss KL tax return filed for 2005 (.3) | 0.30<br>230.00/hr | 69.00 |
|  | SUBTOTAL: |  | [ 3.00 | 690.00] |
|  | For professional services rendered |  | 30.70 | $8,170.50 |

Additional Charges :

| 9/7/2007 | Legal Research - Inv. # 814543465 - PBGC Objection  (PAC) | 133.00 |
|---|---|---|
| 9/30/2007 | Pacer Online Docket Charges - 7/1/07 - 9/30/07 | 24.72 |
| 10/2/2007 | Messenger to U S Trustee Office  (PAC) | 4.80 |
|  | Photocopying - Summary of Cash Disbursements. (PAC) | 1.10 |
| 10/4/2007 | Photocopying - Verified Second Amended Complaint. (RJH) | 4.00 |
| 10/16/2007 | Taxi roundtrip to and from court to attend KL hearing  (PAC) | 11.00 |
| 10/23/2007 | Taxi to court to attend KL hearing  (PAC) | 6.00 |
|  | Total additional charges | $184.62 |
|  | Total amount of this bill | $8,355.12 |

KL Industries Inc.                                                                                      Page    5

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE CLIENT NUMBER WITH PAYMENT
ADDITIONAL EXPENSES MAY BE BILLED ON A LATER INVOICE

FEDERAL TAX ID# 36-3844420

Attorney Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Gordon Gouveia | 5.70 | 255.00 | $1,453.50 |
| Patricia M. Fredericks | 0.30 | 175.00 | $52.50 |
| Patrick A. Clisham | 12.10 | 265.00 | $3,206.50 |
| Steven B. Towbin | 1.60 | 580.00 | $928.00 |
| Vipin R. Gandra | 11.00 | 230.00 | $2,530.00 |