IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| KL Industries, Inc., | ) | Case No. 06-04882 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Honorable Carol A. Doyle |

### NOTICE OF FILING OF WINSTON & STRAWN LLP'S SUPPLEMENT TO ITS THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that on March 20, 2008, the Court entered an order (the "Order") allowing, among other things, Winston & Strawn LLP ("Winston"), counsel to the Official Committee of Unsecured Creditors, to file a supplement (the "Supplement") to its third and final application for fees and expenses incurred during the period from January 1, 2008 through March 20, 2008. The Supplement is attached hereto and covers the period from January 1, 2007 through March 20, 2008.

PLEASE TAKE FURTHER NOTICE that the Order provides that if no party in interest files an objection to the Supplement on or before **April 14, 2008** (the "Objection Deadline"), the amounts requested in the Supplement will be allowed and paid on a final basis without further order of the Court. If a party in interest files an objection on or before the Objection Deadline, Winston will request that the Objection be scheduled for hearing.

Dated: April 4, 2008
       Chicago, Illinois

                                        Respectfully submitted,

                                        **WINSTON & STRAWN LLP**

                                        By:   /s/ Mindy D. Cohn
                                        Daniel J. McGuire (ARDC # 6239526)
                                        Mindy D. Cohn (ARDC # 6272078)
                                        35 West Wacker Drive
                                        Chicago, IL  60601
                                        Telephone:  (312) 558-5600
                                        Facsimile:  (312) 558-5700

                                        *Counsel to the Official Committee of*
                                        *Unsecured Creditors of KL Industries, Inc.*

CHI:2072090.1

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the attached *Notice of Filing of Winston & Strawn LLP's Supplement To Its Third and Final Application for Compensation and Reimbursement of Expenses* was served upon counsel for the Debtor and the Office of the United States Trustee via electronic mail on April 4, 2008.

/s/ Mindy D. Cohn
Mindy D. Cohn

CHI:2072090.1